UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Wilbert Glover, | No. 22-cv-1459 (KMM/ECW) |
| Plaintiff, | |
| v. | **ORDER** |
| Wells Fargo Bank, | |
| Defendant. | |

On March 14, 2023, Plaintiff Wilbert Glover filed a request for disqualification of the undersigned United States District Judge pursuant to 28 U.S.C. § 455. [Dkt. 55.] On March 30, 2023, the Court issued an Order denying that request because Mr. Glover failed to show that recusal or disqualification is warranted under the circumstances. [Dkt. 61.] On April 17, 2023, Mr. Glover filed another request for disqualification of the undersigned Judge, largely repeating the allegations made in the initial motion, but providing some additional detail behind his assertions of bias, prejudice, and favoritism. [Dkt. 62.] For the same reasons the Court denied Mr. Glover's earlier request for disqualification, the Court finds that Mr. Glover has not demonstrated that recusal or disqualification is warranted, and his renewed request is **DENIED**.

Date: April 18, 2023

                                                  *s/Katherine Menendez*
                                                  Katherine Menendez
                                                  United States District Judge